IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, SAN FRANCISCO BAY GUARDIAN, UNIVERSITY OF CALIFORNIA SANTA CRUZ STUDENTS AGAINST WAR, and BERKELEY STOP THE WAR COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE and its components, DEPARTMENT OF THE ARMY, DEPARTMENT OF THE NAVY, and DEPARTMENT<br><br>Defendant. | No. C 06-01698 WHA<br><br>**ORDER GRANTING IN PART STIPULATION TO CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE AND EXTENDING INITIAL DEADLINES** |

The hearing on plaintiffs' motion for summary judgment is **CONTINUED** to **MAY 25, 2006, AT 8:00 A.M.** The case management conference, currently set for **JUNE 8, 2006**, is **CONTINUED** to **JUNE 29, 2006, AT 11:00 A.M.** A joint case management statement is due no later than June 22, 2006. All initial disclosures deadlines are extended accordingly.

**PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: May 1, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE