United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN; UNIVERSITY OF CALIFORNIA SANTA CRUZ STUDENTS AGAINST WAR; AND BERKELEY STOP THE WAR COALITION,

Plaintiffs,

v.

U.S. DEPARTMENT OF DEFENSE, and its components DEPARTMENT OF THE ARMY; DEPARTMENT OF THE NAVY AND DEPARTMENT OF THE AIR FORCE, and DOES 1–10, inclusive,

Defendants.

________________________________________/

No. C 06-01698 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of American Civil Liberties Union of Northern California, San Francisco Bay Guardian, University of California Santa Cruz Students Against War and Berkeley Stop the War Coalition and against U.S. Department of Defense, and its components Department of the Navy and Department of the Air Force. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 25, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE