Amitai Schwartz, State Bar No. 55187
Lisa Sitkin, State Bar. No. 194127
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone:  (510) 597-1775
Facsimile:  (510) 597-0957
attorneys@schwartzlaw.com

Alan L. Schlosser, State Bar No. 49957
Mark Schlosberg, State Bar No. 209144
American Civil Liberties Union Foundation
  of Northern California
1663 Mission St., Suite 460
San Francisco, CA 94103
Telephone:  (415) 621-2493
Facsimile:   (415) 255-8437

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, SAN FRANCISCO BAY GUARDIAN, UNIVERSITY OF CALIFORNIA SANTA CRUZ STUDENTS AGAINST WAR and BERKELEY STOP THE WAR COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF DEFENSE and its components, DEPARTMENT OF THE ARMY, DEPARTMENT OF THE NAVY, and DEPARTMENT OF THE AIR FORCE, and DOES 1-10, inclusive,<br><br>Defendants.<br>_____ | Case No. CV-06-1698 WHA<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE POST-JUDGMENT MOTION FOR ATTORNEYS' FEES AND EXPENSES |

WHEREAS, the parties intend to meet and confer in good faith for the purpose of resolving plaintiffs' entitlement to post-judgment attorneys' fees and

expenses, and the amount of such fees and expenses, if any, pursuant to Federal Rule of Civil Procedure 54(d); and

WHEREAS, this stipulation does not reflect defendants' agreement that a motion under Rule 54 is the appropriate procedural vehicle for seeking attorneys' fees in this case, and also does not reflect defendants' agreement that plaintiffs are otherwise entitled to attorneys' fees; and

WHEREAS, plaintiffs are required by Federal Rule of Civil Procedure 54(d)(2)(B) and Civil Local Rule 54-6 to file a motion for fees and expenses within fourteen (14) days of entry of judgment, that is by June 8, 2006, unless otherwise provided by order of the Court; and

WHEREAS, Civil Local Rule 54-6 permits a stipulation to extend time (see Civil Local Rule 54-6 (commentary)); and

WHEREAS, the parties need additional time within which to meet and confer and obtain approval of any agreement they may reach,

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that the time within which plaintiffs may, if necessary, file a post-judgment motion for attorneys' fees and expenses pursuant to Federal Rule of Civil Procedure 54(d)(2) is extended an additional 60 days to and including August 7, 2006.

Dated:  May 31, 2006

Respectfully submitted,

LAW OFFICES OF AMITAI SCHWARTZ

By: _____/s/_____
    Amitai Schwartz
    Attorney for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: May 31, 2006 | PETER D. KEISLER<br>Assistant Attorney General |
| 2 | | |
| 3 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | |
| 5 | | By:   /s/<br>Elizabeth J. Shapiro |
| 6 | | Samuel C. Kaplan<br>U.S. Department of Justice |
| 7 | | Civil Division, Federal Programs Branch<br>Attorneys for Defendants |

### ORDER

Pursuant to the stipulation of the parties and for good cause shown, the time within which plaintiffs may, if necessary, file a post-judgment motion for attorneys' fees and expense pursuant to Federal Rule of Civil Procedure 54(d)(2) is extended an additional ~~60~~ 21 days to and including ~~August 7~~ June 29, 2006.

IT IS SO ORDERED.

Dated: June _1_, 2006

_____
William H. Alsup
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge William Alsup, signed]