United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN; UNIVERSITY OF CALIFORNIA SANTA CRUZ STUDENTS AGAINST WAR; AND BERKELEY STOP THE WAR COALITION,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF DEFENSE, and its components DEPARTMENT OF THE ARMY; DEPARTMENT OF THE NAVY AND DEPARTMENT OF THE AIR FORCE, and DOES 1–10, inclusive,<br><br>    Defendants. | No. C 06-01698 WHA<br><br>**ORDER RE ATTORNEY'S FEES** |

Any attorney's fee motion will be adjudicated in, at most, two stages. First, the issue of entitlement to fees will be decided. If plaintiffs are entitled to fees, the amount will be considered next. This procedure allows the parties to forego filings related to the amount until the threshold issue of entitlement is decided. Any initial moving papers therefore should concern *only* entitlement. If the parties stipulate that plaintiffs are entitled to fees but do not

1  agree on the amount, they should inform the Court of their stipulation, and request instructions
2  on how to litigate the amount.

4  **IT IS SO ORDERED.**

6  Dated: June 5, 2006

   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE